UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRESA A. WILLIAMS,

        Plaintiff(s),         CASE NUMBER: 10-11664
                                         HONORABLE VICTORIA A. ROBERTS

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).
                                            /

**ORDER ADOPTING REPORT AND RECOMMENDATION**

        On March 8, 2011, Magistrate Judge Charles Binder submitted a Report and Recommendation (Doc. #17) recommending the Court deny Plaintiff's Motion for Summary Judgment and grant Defendant's Motion for Summary Judgment. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

        Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment is **GRANTED**.

        **IT IS ORDERED**.


                                                      /s/ Victoria A. Roberts
                                                      Victoria A. Roberts
                                                      United States District Judge

Dated: June 14, 2011

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 14, 2011.

s/Linda Vertriest
Deputy Clerk